UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CYNTHIA BECVAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00261-GCM |
| NORTHSTAR LOCATION SERVICES, LLC. | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION**

On June 04, 2021, Plaintiff filed a Motion to Transfer Venue to the Eastern District of North Carolina, Western Division. Upon consideration, and after due deliberation and sufficient cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Transfer this action to the Eastern District of North Carolina, Western Division, is **GRANTED,** and this action will be transferred to the Eastern District of North Carolina, Western Division.

Signed: June 10, 2021

Graham C. Mullen
United States District Judge

1